

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00064-CV

**ROBSTOWN HARDWARE COMPANY** and Deere & Company,
Appellants

v.

Heather J. **IDEUS** and Arlen Ideus,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-21-175
Honorable Baldemar Garza, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this case is DISMISSED FOR LACK OF JURISDICTION. Costs are assessed against appellants, Robstown Hardware Company and Deere & Company.

It is so **ORDERED** on July 20, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
Michael A. Cruz, Clerk of Court